# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 53279

| | |
|---|---|
| STATE OF IDAHO, | )<br>) Filed: April 29, 2026<br>) |
| Plaintiff-Respondent, | )<br>) Melanie Gagnepain, Clerk |
| v. | )<br>) |
| AARON VINCENT FRETZ, | ) THIS IS AN UNPUBLISHED<br>) OPINION AND SHALL NOT<br>) BE CITED AS AUTHORITY |
| Defendant-Appellant. | )<br>) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Joseph W. Borton, District Judge.

Order denying Idaho Criminal Rule 35, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Abigael E. Schulz, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

---

Before TRIBE, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge

---

PER CURIAM

Aaron Vincent Fretz pled guilty to unlawful possession of a firearm. Idaho Code § 18-3316. The district court sentenced Fretz to a determinate term of one year, to run consecutively to a federal hold. Fretz filed an Idaho Criminal Rule 35 motion, which the district court denied. Fretz appeals asserting that the district court abused its discretion by denying his I.C.R. 35 motion.

A motion for reduction of sentence under I.C.R. 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d 23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting an I.C.R. 35 motion, the defendant must show that the sentence is excessive in light of new or additional information subsequently provided to the district court in support of the motion. *State*

1

*v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007). Upon review of the record, including any new information submitted with Fretz's I.C.R. 35 motion, we conclude no abuse of discretion has been shown. Therefore, the district court's order denying Fretz's I.C.R. 35 motion is affirmed.